UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

MICHAEL D. KAPPEL AND MARINA P. KAPPEL

PLAINTIFFS,

v.                                                    CASE NO.3:17-cv-519

WEYERHAEUSER COMPANY, ET AL.

DEFENDANTS.

**Rule 41(a)(1) Stipulation Dismissing Weyerhaeuser Company**

The parties stipulate Weyerhaeuser Company is voluntarily dismissed pursuant to Federal

Rule of Civil Procedure 41(a)(1) as to all claims.  The parties will bear their own costs.

_____
Attorney for the Plaintiffs

Robert G. McCoy
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Avenue
Chicago, Illinois 60607
(312) 944-0600
bmccoy@cvlo.com

_____
Attorney for Weyerhaeuser Company

Tanya D. Ellis
Forman Watkins & Krutz, LLP
210 East Capitol Street, Suite 2200
Jackson, MS 39201
601-960-8600
tanya.ellis@formanwatkins.com

## Certificate of Service

I hereby certify that on May 1, 2018, I caused the foregoing to be electronically filed with the United States District Court for the Western District of Wisconsin using the CM/ECF system which will automatically send all necessary notifications of this filing to CM/ECF participants in this case.

Dated:  May 1, 2018

/s/ Daniel B. Hausman

Attorney for Plaintiff
Daniel B. Hausman
Cascino Vaughan Law Offices
220 S. Ashland Ave.
Chicago, IL 60607
(312) 944-0600
dhausman@cvlo.com