UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

MICHAEL D. KAPPEL AND MARINA P. KAPPEL

PLAINTIFFS,

v.

CASE NO. 3:17-cv-519

WEYERHAEUSER COMPANY, ET AL.

DEFENDANTS.

**Rule 41(a)(1) Stipulation Dismissing Metropolitan Life Insurance Company**

The parties stipulate Defendant Metropolitan Life Insurance Company is voluntarily dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1) as to all claims. The parties will bear their own costs.

_____
Attorney for the Plaintiffs

Robert G. McCoy
Daniel Hausman
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Avenue
Chicago, Illinois 60607
(312) 944-0600
bmccoy@cvlo.com
dhausman@cvlo.com

_____
Attorney for Metropolitan Life Insurance Company

Smitha Chintamaneni
von Briesen & Roper
411 East Wisconsin Ave. #1000
Milwaukee, WI 53201
(414) 287-1515
schintam@vonbriesen.com

1